**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 31 2009
JAMES W. McCORMACK, CLERK
By: _____ CLERK

CASE NO. _____

4:09CV00705 JMM

I.   Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.   Name of plaintiff: Frederick Pennington, Jr.
     ADC # 71305
     Address: 2501 State Farm Road, Tucker, Ar., 72168

     Name of plaintiff: _____
     ADC # _____
     Address: _____

     *This case assigned to District Judge Moody*
     *and to Magistrate Judge Ray*

     Name of plaintiff: _____
     ADC # _____
     Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.   Name of defendant: Paul J. James
     Position: Attorney
     Place of employment: James, Carter and Coulter, P.L.C.
     Address: 500 Broadway, Suite 400, Little Rock, Ar., 72201

     Name of defendant: Dr. Otis L. Gordon
     Position: Doctor, M.D.
     Place of employment: Doctor's Office, Jefferson Regional Hospital

Address: Doctor's Office, Jefferson Regional Hospital

Name of defendant: Dr. Arshad Malik, M.D.

Position: Doctor, M.D.

Place of employment: Hospital

Address: 417 N. University, Little Rock, AR., 72205

Name of defendant: Dr. J. Rolland Anderson

Position: Regional Medical Director

Place of employment: Correctional Medical Service, C.M.S.

Address: 7300 Dollarway Road, Whitehall, AR., 71602

II. Are you suing the defendants in:

- ☐ official capacity only
- ☐ personal capacity only
- ☒ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓   No ___

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: Frederick Pennington, Jr.

Defendants: Wendy Kelley, et al

5:09-CV-00018

☐ Court (if federal court, name the district; if state court, name the county): _Eastern District of Arkansas_

☐ Docket Number: _5:08 - CV-00018_

☐ Name of judge to whom case was assigned: _Deer / Wilson_

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _Case is still pending for jury trial_

☐ Approximate date of filing lawsuit: _January 28, 2008_

☐ Approximate date of disposition: _Pending jury trial schedule_

IV. Place of present confinement: _Tucker Super Max Maximum Security Unit_

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

\_\_\_\_\_ in jail and still awaiting trial on pending criminal charges

__✓__ serving a sentence as a result of a judgment of conviction

\_\_\_\_\_ in jail for other reasons (e.g., alleged probation violation, etc.) explain: _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes \_\_\_\_  No __✓__

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

3

Yes ___   No ✓

If not, why? This is a conspiracy lawsuit related to the pending case of *Continued on attached page*

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

United States Magistrate Judge Beth Deere granted me permission to proceed in forma pauperis without prepayment of fees on February 5, 2008, and scheduled a preliminary injunction hearing for February 14, 2008.

The hearing was postponed after the Arkansas Department of Correction, A.D.C. Defendants Grant Harris, Warden Vanney and Vanney, Larry May, P.O. Box 600, Grady, AR 71674-0600, Wendy Kelley, Assistant Deputy Med-

4

Section VI Continued

Frederick Pennington, Jr. vs. Wendy Kelley, et al, 5:08-CV-00018 Pleaintiff got all grievances exhausted on all defendants in that lawsuit, and this lawsuit have all fee worlds independent employees that can be sued independently from the Arkansas Department of Correction A.D.C in their official and personal capacity in section 42 U.S.C. § 1985 and 42 U.S.C. § 1985(3). See form [4] grievance from Pennington vs. Kelley, et al, 5:08-CV-00018 included herein.

<u>Statement of Claims Continued</u>

over records asked for a continuous to start the plaintiffs medical treatment that he sued for, and ordered that the plaintiff begin a biopsy at the St. Vincent medical center in Little Rock, Ar.

The February 14, 2008 biopsy showed that the plaintiff went from geno 1 to geno 2 fibrosis.

The plaintiff condition worsen and he suffered deliberate indifference

The court appointed attorney

1

<u>Statement of Claims cont.</u>

Paul James to represent me through all proceedings.

Paul James filed motions for discovery to have Dr. Otis L. Gordon, Gastroenterology, Doctors' office, Jefferson Regional Medical Center in Pine Bluff, us to examine me. Dr. Gordon agreed to examine me.

When United States District judge William R. Wilson granted plaintiff's discovery motion to see Dr. Gordon and denied both set of defendants motion to dismiss on September 27, 2008, Paul James notified me

2

<u>Statement of Claims Cont.</u>

of it by sending me a copy of the orders and notified me that Dr. Gordon had declined to examine or treat me because he no longer see inmates from the Arkansas Department of Corrections, A.D.C

This is not true. Dr. Gordon works for the Doctor's office of the Jefferson Regional Medical Center and this hospital is in Pine Bluff, Ar., and the hospitals in Little Rock, Ar, and in other regions have a contract

3

Statement of Claim Continued

to treat inmates in the state of Arkansas.

Mr. James Thais asked me to see Dr. Arshad Malik, 417 N. University, Little Rock, Ar., 72205 and I agreed to see him because Dr. Neema Suphaus, M.D. of Correctional Medical Services and Tucker Max Security, 2501 State Farm Road, Tucker, Ar., 72168 Infirmary approved for me to go to the Baptist Hospital

4

in Little Rock, AR. and Dr. J. Rolland Anderson, M.D. would not approve of the medical consult.

After U.S. Magistrate Judge Beth Deere approved for us to see Dr. Arshad Malik for an examination, Dr. Malik viewed my medical files from the A.D.C. Infirmary, that they sent to him.

Mrs. James would not let me see the doctor but she did say that I had a case of aggressive hepatitis C and that I should see him, however I have not seen the specialist for some reason for my serious medical needs. These are 42 U.S.C. § 1985 and 42 U.S.C. § 1985§3 violations

*ical Director, and Dr. John Byus, A.D.C. Medical Director*
*(Continued on attached sheets)*

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

*Trial by jury, injunction relief to see pd doctor, court cost, attorney fees, $50 million compensatory damages and $50 million for punitive damages*

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this  19  day of  July , 20 09 .

*Frederick Pennington*

_____
Signature(s) of plaintiff(s)