## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

FREDERICK PENNINGTON
ADC #71305                                                                                    PLAINTIFF

V.                                       4:09CV00705 JMM

PAUL J. JAMES, Attorney,
Little Rock, Arkansas, et al.                                                               DEFENDANTS

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITH PREJUDICE, as being frivolous. *See* 28 U.S.C. § 1915A. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 3rd day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE